AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

JOSEPH F. SCHEBEL Jr.,

V.

CITY OF AGAWAM, Inc., ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-30060-MAP

FILED IN CLERK'S OFFICE
2005 JUL 11 A 9:36
U.S. DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)

City of Agawam, Inc
36 Main Street
Agawam, Mass. 01001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph F. Schebel Jr.
71 Columbia Dr.
Feeding Hills, Mass. 01030

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    March 2, 2005
_____                       _____
CLERK                                           DATE

_Mary Finn_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  7-5-05 |
| NAME OF SERVER (PRINT)  Robert K. MacKay | TITLE  Constable,  **A DISINTERESTED PARTY.** |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): IN HAND TO LAW Dept Clerk Kim Steven Town of Agawam.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-5-05
         Date            Signature of Server

130 Maple St Suite 102
Address of Server

Spfld MA, 01103
413-734-9021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.