◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
IN CLERK'S OFFICE

2005 JUL 11 A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH F. SCHEBEL Jr.,

V.

ROBERT CAMPBELL, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-30060-MAP

TO: (Name and address of Defendant)

Robert Campbell
681 Springfield St
Feeding Hills, Mass. 01030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph F. Schebel Jr.
71 Columbia Dr.
Feeding Hills, Mass. 01030

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                March 2, 2005

CLERK                                        DATE

/s/ Mary Finn

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE: 7-5-05

NAME OF SERVER (PRINT): Robert K. MacKay

TITLE: Constable — A DISINTERESTED PARTY.

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): IN HAND TO Law Dept clerk Kim Steven Town of Agawam.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-5-05

Signature of Server: Robert K. MacKay

Address of Server: 130 Maple St Suite 102
Spfld MA, 01103
413-734-9021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.