AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
CLERK'S OFFICE

### District of
### MASSACHUSETTS

2005 JUL 11 A 9: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOSEPH F. SCHEBEL Jr.,

V.

**SUMMONS IN A CIVIL ACTION**

JOHN MOCCIO, ET AL

CASE NUMBER: 05-30060-MAP

TO: (Name and address of Defendant)

John Moccio
681 Springfield St
Feeding Hills, Mass. 01030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph F. Schebel Jr.
71 Columbia Dr.
Feeding Hills, Mass. 01030

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_Mary Finn_

_____
(By) DEPUTY CLERK

_March 2, 2005_

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 7-5-05 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* Robert K. MacKay | TITLE Constable | A DISINTERESTED PARTY. |
|---|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Law Dept Town of Agawam Kim Stevens Law Clerk Town of Agawam

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-5-05
_____
Date

Robert K. MacKay
_____
Signature of Server

130 Maple St Suite 102
_____
Address of Server

Spfld MA, 01103

413 - 734 9021

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.