UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30060-MAP

| | |
|---|---|
| JOSEPH F. SCHEBEL, JR.,<br>    Plaintiff/Pro Se<br>v.<br><br>JOHN MOCCIO, individually and in his official capacity as patrolman for the Agawam Police, JOHN KUNASEK, JR., individually and in his official capacity as patrolman for the Agawam Police, RICHARD LIGHT, JR., individually and in his official capacity as Lieutenant for the Agawam Police, JAMES DONOVAN III, individually and in his official capacity as Sergeant for the Agawam Police, AGAWAM, CITY of INC., which is duly organized under the laws of the Commonwealth of Massachusetts is sued herein in its official capacity as a corporation under the laws of the Commonwealth, RICHARD COHEN, individually and in his official capacity as Mayor of Agawam, Massachusetts, ROBERT CAMPBELL, individually and in his official capacity as Chief of Police of Agawam, Massachusetts,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, John Moccio, John Kunasek, Jr., Richard Light, James Donovan III, City of Agawam, Inc., Richard Cohen and Robert Campbell, with regard to the above-captioned matter.

The Defendants,
John Moccio, John Kunasek, Jr., Richard Light,
James Donovan III, City of Agawam, Inc., Richard
Cohen and Robert Campbell

By Their Attorneys
Morrison Mahoney LLP

*/s/ Carole Sakowski Lynch*

Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (Fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 7/21/05