# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.   05-30060–MAP

Title: JOSEPH   F. SCHEBEL, JR.   V. JOHN MOCCIO, ET AL

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge   MICHAEL A. PONSOR   has been reassigned to Judge   KENNETH   P. NEIMAN   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   KPN  .

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /S/ MARY FINN
Deputy Clerk

Date:   11/04/2005

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                          [ntccsasgn.]