UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH F. SCHEBEL, JR., )
        Plaintiff )
)
v. ) Civil Action No. 05-30060-MAP
)
)
)
)
JOHN MOCCIO, et al., )
        Defendants )

SCHEDULING ORDER
November 4, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by December 15, 2005.

2. All written discovery shall be served by February 1, 2006.

3. Non-expert depositions shall be completed by May 1, 2006.

4. The parties shall appear for a case management conference on May 8, 2006 at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge