UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH F. SCHEBEL, JR., )
       Plaintiff )
)
v. ) Civil Action No. 05-30060-MAP
)
)
)
)
JOHN MOCCIO, et al., )
       Defendants )

ORDER
May 8, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. By May 17, 2006, Plaintiff shall explain to the court in writing his absence here this day.

2. By May 17, 2006, Plaintiff shall provide his responses to the outstanding discovery, the court having allowed this day Defendants' motion to compel (Document No. 17).

3. The parties shall appear for a case management conference on June 16, 2006 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge