UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 05-30060-MAP

FILED IN CLERK'S OFFICE
2006 MAY 17  P 3: 56
DISTRICT COURT
DISTRICT OF MASS.

JOSEPH F. SCHEBEL, JR.,
    Plaintiff,

v.

JOHN MOCCIO, individually and in his official capacity as patrolman for the Agawam Police, JOHN KUNASEK, JR., individually and in his official capacity as patrolman for the Agawam Police, RICHARD LIGHT, JR., individually and in his official capacity as Lieutenant for the Agawam Police, JAMES DONOVAN III, individually and in his official capacity as Sergeant for the Agawam Police, AGAWAM, CITY of INC., which is duly organized under the laws of the Commonwealth of Massachusetts is sued herein in its official capacity as a corporation under the laws of the Commonwealth, RICHARD COHEN, individually and in his official capacity as Mayor of Agawam, Massachusetts, ROBERT CAMPBELL, individually and in his official capacity as Chief of Police of Agawam, Massachusetts,
    Defendants

PLAINTIFFS ANSWER
FOR HIS ABSENCE AT THE
SCHEDULING CONFERENCE

Now comes the Plaintiff, Joseph F. Schebel Jr., to explain his absence.

Schebel has repeatedly harassed by the Agawam Police Department more specifically Officer Gary O'Brien. He has stalked, arrest and given many citations on several occasions. Schebel has recently been to trial on an operating under the influence charge brought on by Gary O'Brien and even though Schebel blood test down by Noble Hospital was .001 lowest possible measurement that can be read. Our incompetent district attorney William Bennett wasted more of your tax payer precious resources by having a three day trial. Schebel has also been issued citation by Gary O'Brien where O'Brien has admitted at trial that he

issued Schebel a citation for not having his drivers license on him when O'Brien admitted in open court that Schebel was exiting the Stop & Shop with grocery in his hands. Schebel could go for hours in regards to O'Brien corrupt tactics but will save them for another court.

Schebel further has been in a merciless and inhumane court procedure in the famous incompetent Probate & Family Court. Schebel has filed many appeals in that court including appealing the Dishonorable Judge David Sacks ruling for ordering Schebel to pay custody of a child Schebel has custody of.

With all these court procedures that Schebel is involved in he simply mistaken and miscount court dates that he is involved in.

As Daniel Webster on said "*GOD grants liberty only to those who love it, and are always ready to guard and defend it.*"

Schebel will not lay down and watch the greatest country in the world be ruin a few tyrants hence would further explain his candidacy for state representative.

Schebel further apologizes to all parties involved on his absence.

Therefore, the Plaintiff, Joseph F. Schebel, prays this court excepts his explanation for his absence.

May 17, 2006

Respectfully submitted

_____
Joseph F. Schebel/Pro Se
71 Columbia Dr.
Feeding Hills, Mass. 01030
413-789-7515

**CERTIFICATE OF SERVICE**

I Plaintiff, Joseph F. Schebel Jr. hereby certify that on May 17, 2006 that I served the above said opposition entitled "PLAINTIFFS ANSWER FOR HIS ABSENCE AT THE SCHEDULING CONFERENCE", on the Defendants attorney Carole Sakowski Lynch of the law offices of Morris, Mahoney & Miller whose practices are located at 1500 Main Street, P.O. Box 15387, Springfield, Mass. 01115-5387 via United States Postal Service "First Class" mail, postage prepaid:

May 17, 2006

_____
Joseph F. Schebel Jr., pro se
71 Columbia Dr.
Feeding Hills, Mass. 01030
(413) 789-7515