UNITED STATES DISTRICT COURT
WESTERN DISTRICT

FILED
CL...  ...

CIVIL ACTION NO. 05-30060-MAP  9:58

U.S. DISTRICT COURT

JOSEPH F. SCHEBEL, JR.,
    Plaintiff,

v.

JOHN MOCCIO, individually and in his official capacity as patrolman for the Agawam Police, JOHN KUNASEK, JR., individually and in his official capacity as patrolman for the Agawam Police, RICHARD LIGHT, JR., individually and in his official capacity as Lieutenant for the Agawam Police, JAMES DONOVAN III, individually and in his official capacity as Sergeant for the Agawam Police, AGAWAM, CITY of INC., which is duly organized under the laws of the Commonwealth of Massachusetts is sued herein in its official capacity as a corporation under the laws of the Commonwealth, RICHARD COHEN, individually and in his official capacity as Mayor of Agawam, Massachusetts, ROBERT CAMPBELL, individually and in his official capacity as Chief of Police of Agawam, Massachusetts,
    Defendants

### PLAINTIFF'S MOTION TO STAY PROCEEDING

Now comes the Plaintiff, Joseph F. Schebel Jr. (herein after "Schebel" and/or "Plaintiff", and moves this Honorable Court to stay proceedings and to postpone all future court proceedings.

Schebel has filed a motion to dismiss and any further proceedings would not be in the best financial interests of all parties involves.

July 31, 2006                      RESPECTFULLY SUBMITTED,

                                   _____
                                   Joseph F. Schebel Jr.
                                   Plaintiff/Pro Se
                                   71 Columbia Dr.
                                   Feeding Hills, Mass. 01030
                                   (413) 789-7515

**CERTIFICATE OF SERVICE**

I Plaintiff, Joseph F. Schebel Jr. hereby certify that on July 31, 2006 that I served the above said opposition entitled "Plaintiffs Motion To Stay Proceedings", on the Defendants attorney Carole Sakowski Lynch of the law offices of Morris, Mahoney & Miller whose practices are located at 1500 Main Street, P.O. Box 15387, Springfield, Mass. 01115-5387 via United States Postal Service "First Class" mail, postage prepaid:

July 31, 2006

_____
Joseph F. Schebel Jr., pro se
71 Columbia Dr.
Feeding Hills, Mass. 01030
(413) 789-7515