UNITED STATES DISTRICT COURT  
WESTERN DISTRICT

CIVIL ACTION NO. 05-30060-MAP

JOSEPH F. SCHEBEL, JR.,
    Plaintiff,

    v.

JOHN MOCCIO, individually and in his official capacity as patrolman for the Agawam Police, JOHN KUNASEK, JR., individually and in his official capacity as patrolman for the Agawam Police, RICHARD LIGHT, JR., individually and in his official capacity as Lieutenant for the Agawam Police, JAMES DONOVAN III, individually and in his official capacity as Sergeant for the Agawam Police, AGAWAM, CITY of INC., which is duly organized under the laws of the Commonwealth of Massachusetts is sued herein in its official capacity as a corporation under the laws of the Commonwealth, RICHARD COHEN, individually and in his official capacity as Mayor of Agawam, Massachusetts, ROBERT CAMPBELL, individually and in his official capacity as Chief of Police of Agawam, Massachusetts,
    Defendants

## PLAINTIFFS AFFIDAVIT IN SUPPORT OF HIS "MOTION TO STAY PROCEEDING"

NOW comes the Plaintiff, Joseph F. Schebel Jr. and submits to this Honorable Court his affidavit in support of his motion entitled "Plaintiffs Motion To Stay Proceeding".

1.  That I am the Plaintiff in the above caption matter, Joseph F. Schebel Jr.

2.  That I am domiciled at 71 Columbia Dr., Feeding Hills, in the former County of Hampden, located in the Commonwealth of Massachusetts, who is a free sovereign American (united States) Citizen and is of sound mind and fully competent to make this affidavit.

3.  That I have personal knowledge of the facts stated in this affidavit.

4. That on July 31, 2006 I filed a motion to dismiss without prejudice.

5. That granting a stay to the proceeding would not harm or prejudice the Plaintiff and/or Defendants.

6. That I submit this affidavit in support of my motion entitled "Plaintiffs Motion To Stay Proceeding Regarding Interrogatories And Production Of Documents".

7. That all information in this affidavit is true to the best of my knowledge and I make it freely, voluntarily, without coercion or intimidation and is not made to prejudice the Defendant in this case.

Signed this 31th day of July 2006 under the pains and penalty of perjury.

July 31, 2006                              RESPECTFULLY SUBMITTED,

                                           _____
                                           Joseph F. Schebel Jr.
                                           Plaintiff/Pro Se
                                           71 Columbia Dr.
                                           Feeding Hills, Mass. 01030
                                           (413) 789-7515

**CERTIFICATE OF SERVICE**

I Plaintiff, Joseph F. Schebel Jr. hereby certify that on July 31, 2006 that I served the above said opposition entitled "Plainiffs Affidavit In Support Of His Motions "Plaintiffs Motion To Stay Proceedings", on the Defendants attorney Carole Sakowski Lynch of the law offices of Morris, Mahoney & Miller whose practices are located at 1500 Main Street, P.O. Box 15387, Springfield, Mass. 01115-5387 via United States Postal Service "First Class" mail, postage prepaid:

July 31, 2006                              _____
                                           Joseph F. Schebel Jr., pro se
                                           71 Columbia Dr.
                                           Feeding Hills, Mass. 01030
                                           (413) 789-7515