UNITED STATES DISTRICT COURT
WESTERN DISTRICT

CIVIL ACTION NO. 05-30060-MAP

JOSEPH F. SCHEBEL, JR.,
    Plaintiff,

v.

JOHN MOCCIO, individually and in his official capacity as patrolman for the Agawam Police, JOHN KUNASEK, JR., individually and in his official capacity as patrolman for the Agawam Police, RICHARD LIGHT, JR., individually and in his official capacity as Lieutenant for the Agawam Police, JAMES DONOVAN III, individually and in his official capacity as Sergeant for the Agawam Police, AGAWAM, CITY of INC., which is duly organized under the laws of the Commonwealth of Massachusetts is sued herein in its official capacity as a corporation under the laws of the Commonwealth, RICHARD COHEN, individually and in his official capacity as Mayor of Agawam, Massachusetts, ROBERT CAMPBELL, individually and in his official capacity as Chief of Police of Agawam, Massachusetts,
    Defendants

---

**PLAINTIFFS AFFIDAVIT IN SUPPORT OF HIS MOTION ENTITLED "PLAINTIFFS MOTION TO DISMISS WITHOUT PREJUDICE"**

NOW comes the Plaintiff, Joseph F. Schebel Jr. and submits to this Honorable Court his affidavit in support of his motion entitled "Plaintiffs Motion To Dismiss Without Prejudice".

1. That I am the Plaintiff in the above caption matter, Joseph F. Schebel Jr.

2. That I am domiciled at 71 Columbia Dr., Feeding Hills, in the former County of Hampden, located in the Commonwealth of Massachusetts, who is a free sovereign American (united States) Citizen and is of sound mind and fully competent to make this affidavit.

3. That I have personal knowledge of the facts stated in this affidavit.

4.  That I have interviewed several lawyers to review the present complaint, the past complaint and to the testimony and evidence presented in a criminal jury case in January.

5.  Two of these lawyers informed me no matter how well your writings and argument are, you will never win against attorneys because "justice" actually stands for "just us".

6.  That I have experience exactly what these lawyers had informed me about.

7.  That in January four Agawam police officers testified in a criminal trial where two of these officers could remember the same lie twice.

8.  That Agawam Police Officer Gary O'Brien outright committed perjury and clearly showed evidence and testimony that the Agawam Police Department targeting myself for my filing of other complaints against a complete incompetent police department.

9.  That I learning that these officers will be protected by qualified immunity for any acts they commit, so I decided to run for state representative, to begin to change the laws that allow corrupt public official to virtually get away with crimes under the color of law.

10. That it is my belief that continuing to pursue justice will be nothing but a waste of my time.

10. That I submit this affidavit in support of my motion entitled "Plaintiffs Motion To Stay Proceeding Regarding Interrogatories And Production Of Documents".

11. That all information in this affidavit is true to the best of my knowledge and I make it freely, voluntarily, without coercion or intimidation and is not made to prejudice the Defendant in this case.

Signed this 31th day of July 2006 under the pains and penalty of perjury.

July 31, 2006

_____
Joseph F. Schebel Jr., pro se
71 Columbia Dr.
Feeding Hills, Mass. 01030
(413) 789-7515

**CERTIFICATE OF SERVICE**

I Plaintiff, Joseph F. Schebel Jr. hereby certify that on July 31, 2006 that I served the above said opposition entitled "Plaintiffs Affidavit In Support Of His Motion Entitled "Plaintiffs Motion To Dismiss Without Prejudice", on the Defendants attorney Carole Sakowski Lynch of the law offices of Morris, Mahoney & Miller whose practices are located at 1500 Main Street, P.O. Box 15387, Springfield, Mass. 01115-5387 via United States Postal Service "First Class" mail, postage prepaid:

July 31, 2006

_____
Joseph F. Schebel Jr., pro se
71 Columbia Dr.
Feeding Hills, Mass. 01030
(413) 789-7515